# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, J.S. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**CHAD L. JEFFREY**
**ENGINEMAN FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201400257**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 10 April 2014.
**Military Judge**: CAPT R.B. Blazewick, JAGC, USN.
**Convening Authority**: Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: CDR N.O. Evans, JAGC, USN.
**For Appellant**: LCDR John Zelinka, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**16 October 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court